(No. 75-CC-563— )

PUBLIC ELECTRIC CONSTRUCTION Co., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed March 3, 1975.*

PUBLIC ELECTRIC CONSTRUCTION Co., CLAIMANT, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-568— )

CLYDE F. STEIN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 3, 1975.*

WILLIAM K. CAVANAGH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.